# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2025 JUN 23  PM 3: 17

Jeffrey Terrell Barnes,

Plaintiff,

Plaintiff asks this Court to award a default judgment against Merrick Bank. Plaintiff's motion is denied because Plaintiff did not submit the requisite papers to seek a default judgment. See The Honorable Kenneth M. Karas's Individual Rules of Practice for Default Judgment Proceedings, dated Aug. 14, 2019. Even had he followed these procedures, the Court would deny his motion because Plaintiff failed to properly serve Defendant. (See Affidavit of Service of Summons & Compl. 2 (Dkt No. 7) (letter from registered agent Plaintiff served the complaint on, indicating Merrick Bank was not registered with them.). The Clerk of Court is respectfully directed to close the pending motion (Dkt. No. 24).

So ordered.

10/29/2025

v.

Mercedes-Benz Financial Services USA LLC,

Merrick Bank Corporation,

FourLeaf Credit Union,

Portfolio Recovery Associates, LLC,

TransUnion LLC,

Experian Information Solutions, Inc.,

Equifax Information Services LLC,

Defendants.

Case No. **25 CV 4134**

---

PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST MERRICK BANK CORPORATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, supporting declarations, exhibits (Exhibits N through AC), and all other papers and proceedings herein, Plaintiff Jeffrey Terrell Barnes will move this Court before the Honorable Kenneth M. Karas , United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, for an Order:

1. Granting Default Judgment in favor of Plaintiff and against Defendant Merrick Bank Corporation, pursuant to Fed. R. Civ. P. 55(b)(2), for its failure to answer or otherwise respond to the Complaint within the time prescribed by law;
2. Awarding compensatory damages in the amount of $1,500,000;
3. Directing deletion of all credit reporting tradelines associated with the Merrick Bank account;
4. Awarding such other relief as the Court deems just and proper.

June 23, 2025

Respectfully submitted,

Jeffrey Terrell Barnes

Pro Se Plaintiff

143 Lake Ave APT 2E

929 502 9946

Jeffbarnes2016@gmail.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY TERRELL BARNES,

Plaintiff,

v.

MERRICK BANK CORPORATION,

Defendant.

Civil Action No.: 25-cv-4134

---

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (continued)**

PAGE 2: Background and Procedural History

Plaintiff, Jeffrey Terrell Barnes ("Plaintiff"), respectfully moves this Court for an entry of Default Judgment against Defendant Merrick Bank Corporation ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this Motion, Plaintiff states as follows:

1. This action was commenced on May 16, 2025, with the filing of a Verified Complaint asserting violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., among other claims.

2. Plaintiff's Verified Complaint was duly served upon Merrick Bank Corporation on May 30, 2025 at 10:46 AM EDT, at 80 State Street,

Albany, NY 12207, as reflected in the Proof of Service filed with this Court.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had 21 days from the date of service to file an answer or otherwise respond to the Complaint. Defendant's deadline to respond was June 20, 2025.

4. As of the filing of this motion, Defendant has failed to file an answer or otherwise respond to the Complaint, and the time to do so has expired.

5. Defendant's failure to respond constitutes a default under Rule 55(a) of the Federal Rules of Civil Procedure.


## III. STATEMENT OF FACTS AND LEGAL VIOLATIONS

1. Plaintiff is an individual consumer who resides in the State of New York and is the subject of inaccurate credit reporting by Defendant Merrick Bank Corporation ("Merrick").

2. On or about May 30, 2025, Merrick was properly served with the Complaint and Summons pursuant to Federal Rule of Civil Procedure 4, as confirmed by the executed proof of service filed with this Court. Merrick has failed to respond or otherwise defend against Plaintiff's claims within the 21-day time period required by Rule 12.

3. The underlying complaint alleges that Merrick violated multiple provisions of the Fair Credit Reporting Act (FCRA) and Fair Debt Collection Practices Act (FDCPA), including:

   o Willful and negligent failure to conduct a reasonable investigation after receiving Plaintiff's formal dispute(s),

   o Continued inaccurate credit reporting after receipt of Plaintiff's dispute and validation request,

   o Re-aging of the account and reporting contradictory charge-off and repossession dates,

   o Reporting a debt it no longer owns after assigning or transferring it to Carson Smithfield, LLC,

  o Failing to mark the account as disputed under 15 U.S.C. § 1681s-2(a)(3) and § 1692e(8),

  o Continuing collection and correspondence after receipt of a cease-and-desist letter,

  o Violating Plaintiff's privacy and causing financial and emotional harm.

4. Plaintiff submitted multiple disputes and supporting documentation to Merrick Bank and all three major credit bureaus (TransUnion, Experian, and Equifax), including but not limited to a cease-and-desist letter, formal debt validation request, and proof that Carson Smithfield had taken over the account.

5. Despite these efforts, Merrick:

  o Failed to conduct a reasonable investigation;

  o Continued furnishing inaccurate information;

  o Ignored its duty to correct or delete the tradeline;

  o Submitted correspondence and documentation to the Plaintiff after receiving a cease-and-desist directive.

6. As of the date of this filing, Merrick Bank continues to report the derogatory tradeline to all three credit bureaus despite repeated demands for correction and clear violations of federal law.

## IV. DAMAGES JUSTIFICATION

1. As a direct and proximate result of Merrick Bank's negligent and willful violations of the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), Plaintiff has suffered significant and documentable harm.

2. These harms include:

  o Ongoing damage to Plaintiff's credit profile, which impaired access to fair lending and business financing;

- o Increased financial burden resulting from denied funding, elevated interest rates, and diminished credit-based opportunities

- o Emotional distress and mental exhaustion stemming from prolonged reporting of an invalid tradeline;

- o Substantial time, effort, and out-of-pocket expenses incurred disputing the inaccuracies, including complaints filed with the FTC, and OCC;

- o Harm to Plaintiff's reputation and business relationships resulting from the appearance of unresolved derogatory accounts.

3. Merrick Bank continued to report the tradeline after the debt had been assigned to a third party, violating both the FCRA and FDCPA by failing to reasonably investigate, update, or remove the inaccurate information even after receiving multiple disputes and cease-and-desist communications.

4. Pursuant to 15 U.S.C. § 1681n and § 1681o, Plaintiff seeks an award consisting solely of non-taxable compensatory damages, broken down as follows:

- o $750,000 in statutory damages for willful and/or negligent violations of federal law,

- o $750,000 in actual and compensatory damages to address the cumulative financial, emotional, and reputational harm suffered over the course of nearly two years.

5. Plaintiff respectfully requests that the Court enter default judgment in the amount of $1,500,000, fully comprised of compensatory damages as allowed under the FCRA and FDCPA, without seeking punitive relief or attorney's fees.

## IV. LEGAL BASIS FOR DEFAULT JUDGMENT

23.     Merrick Bank Corporation was served with the Complaint and Summons on May 30, 2025, at 10:46 AM EDT, as evidenced by the proof of service previously filed with the Court.

24. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant must serve an answer within 21 days after being served with the summons and complaint. Merrick Bank failed to file an answer or otherwise respond to the Complaint by the deadline of June 20, 2025, and has not filed any motion for extension, stipulation, or request for relief.

25. As of the date of this Motion, more than 21 days have passed since service, and Merrick Bank remains in default. No responsive pleading has been submitted, and no appearance has been made by the defendant.

26. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court may enter a default judgment against a party who has failed to plead or otherwise defend, and where damages are not for a sum certain, upon motion and hearing if necessary.

27. The Plaintiff respectfully requests that the Court enter default judgment in the amount of $1,500,000 in compensatory damages, supported by the detailed documentation provided in Exhibits N through AC, attached hereto.

## V. SUPPORTING EVIDENCE OF COMPENSATORY DAMAGES

28. The Plaintiff's claim for $1,500,000 in compensatory damages is substantiated by a comprehensive record of evidence, as outlined in Exhibits N through AC. These exhibits include, but are not limited to:

- Repeated disputes filed with credit reporting agencies regarding Merrick Bank's inaccurate reporting;

- Formal complaints filed with the FTC, and OCC outlining the ongoing FCRA and FDCPA violations;

- Continued credit reporting of a charged-off debt despite Plaintiff's submission of a debt validation request and a cease and desist;

- Documentation confirming that Merrick Bank no longer owned the account, which had been sold or transferred to a third party (Carson Smithfield);

- Ongoing willful reporting activity after Plaintiff provided written notice of inaccuracy and requested immediate deletion;

- Mental, emotional, and reputational harm caused by the ongoing presence of false derogatory data, impacting Plaintiff's access to credit and creating daily psychological distress.

29.    The evidence establishes that Merrick Bank had both constructive and actual notice of the reporting violations and failed to take corrective action in good faith. The continued publication of false credit data after notice and disputes constitutes willful noncompliance under 15 U.S.C. § 1681n and negligent noncompliance under 15 U.S.C. § 1681o, justifying compensatory relief.

30.    The amount requested is a reasonable and proportional reflection of the ongoing harm Plaintiff has endured and will continue to experience until Merrick Bank's tradeline is removed and adequate compensation is awarded.

## VI. RELIEF REQUESTED

31.    Based on the foregoing, Plaintiff respectfully requests that the Court grant the following relief:

A. Enter a default judgment against Defendant Merrick Bank Corporation pursuant to Federal Rule of Civil Procedure 55(b)(2), as Defendant has failed to appear, plead, or otherwise defend this action within the time prescribed by law;

B. Award the Plaintiff $1,500,000 in compensatory damages for documented violations of the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) and

Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), based on the willful and negligent conduct of Defendant, as supported by Exhibits N through AC;

C. Order the permanent deletion of all Merrick Bank-related accounts or tradelines from Plaintiff's credit reports across Equifax, Experian, and TransUnion, including any accounts reported under a third-party servicer or collector (e.g., Carson Smithfield);

D. Award Plaintiff reasonable costs, including postage and certified mail fees, as documented in the attached exhibits and affidavit;

E. Grant such other and further relief as the Court deems just and proper.

## VII. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Court grant default judgment against Defendant Merrick Bank Corporation in the amount of $1,500,000 in compensatory damages, along with all other appropriate relief as set forth herein.

Respectfully submitted,

Dated: June 23, 2025

New York, NY

/s/ Jeffrey Terrell Barnes

Jeffrey Terrell Barnes

Plaintiff, Pro Se

143 Lake Ave APT 2E

929 502 9946

Jeffbarnes2016@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Jeffrey Terrell Barnes,

Plaintiff,

v.

Mercedes-Benz Financial Services USA LLC,

Merrick Bank Corporation,

FourLeaf Credit Union,

Portfolio Recovery Associates, LLC,

TransUnion LLC,

Experian Information Solutions, Inc.,

Equifax Information Services LLC,

Defendants.

Case No.: 25-CV-4134

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I served a true and correct copy of the foregoing Motion for Default Judgment and all accompanying exhibits on Defendant Merrick Bank Corporation by placing the documents in a sealed envelope with first-class postage prepaid and mailing them via U.S. Postal Service to the following address:

Merrick Bank Corporation

Corporation Service Company

80 State Street

Albany, NY 12207

Executed on this 23rd day of June, 2025.

Signature:

Jeffrey Terrell Barnes

Plaintiff, Pro Se

143 Lake Ave APT 2E

Yonkers NY 10703

929 502 9946

Jeffbarnes2016@gmail.com

# EXHIBIT N

**Merrick Bank Dispute Letter**
**January 25, 2025**
Debt validation and dispute letter sent by Plaintiff to Merrick Bank on January 25, 2025. Although the letter itself was not dated, the accompanying USPS certified mail receipt (Exhibit O) confirms the mailing date. The letter notified Merrick Bank of inaccuracies in the trade line it was reporting to the credit bureaus and demanded deletion or correction under the Fair Credit Reporting Act (FCRA). This exhibit marks the beginning of the Plaintiff's formal efforts to resolve the matter and establishes Merrick Bank's notice of the alleged reporting violations.

**RE: Account #412061803286** – Request for Debt Validation****

To Whom It May Concern,

I am writing regarding the above-referenced account, which is currently reported on my credit report as a charge-off with a balance of $2,744.00. Under the Fair Debt Collection Practices Act (FDCPA) and the Fair Credit Reporting Act (FCRA), I am formally requesting validation of this debt and clarification of any inconsistencies.

Specifically, I request the following:

1. Documentation proving the validity of this debt, including the original credit agreement and a complete payment history.

2. Clarification of why the account is marked as "Charged off as bad debt" while still reflecting an outstanding balance of $2,744.00.

3. An explanation for the "Dispute resolved" comment, as this dispute was not resolved to my satisfaction.

4. Confirmation of whether this debt has been forgiven, partially forgiven, or canceled, and a copy of any IRS Form 1099-C issued for this account.

If you cannot validate this debt or provide accurate and consistent information, I request that you notify all credit reporting agencies and have the account removed from my credit report.

Please respond to this request in writing within 30 days of receiving this letter.

Sincerely,

Jeffrey Terrell Harris Barnes

# EXHIBIT O

**Certified Mailing Receipt Merrick Bank Dispute January 25, 2025**
USPS certified mail receipt confirming the Plaintiff's dispute letter to
Merrick Bank was mailed on January 25, 2025. This receipt verifies
the official mailing of the original debt validation and dispute letter
(Exhibit N), establishing the timeline of notice under the Fair Credit
Reporting Act. The receipt supports the Plaintiff's position that Merrick
Bank was given formal written notice and an opportunity to correct or
delete the inaccurate trade line information.

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

Old Bethpage, NY 11804

| Certified Mail Fee | $4.85 | | 0148 |
| $ | | | 87 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | JAN 25 2024 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | | | |
| $ | $0.73 | | |
| Total Postage and Fees | | | 01/25/2025 |
| $5.58 | | | |

Sent To Meruch Barh

Street and Apt. No., or PO Box No. P.O. Box 920

City, State, ZIP+4 Old Bethpage NY 11804-9001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2038 5748 19

# EXHIBIT P

## Carson Smithfield Response Letter Merrick Bank February 4, 2025

Response letter from Carson Smithfield, LLC on behalf of Merrick Bank regarding Plaintiff's dispute dated January 25, 2025. The letter confirms that the Merrick Bank account had been placed with Carson Smithfield and includes basic account details such as the original open date, charge-off date, and the date of the last payment. Carson Smithfield asserts that the reporting was accurate according to Merrick Bank records. This letter is presented as part of the Plaintiff's documentation of ongoing disputes and the responses (or lack thereof) from furnishers or debt collectors under the Fair Credit Reporting Act (FCRA).

CARSON SMITHFIELD
P.O. BOX 9216
OLD BETHPAGE, NY 11804-9216

February 4, 2025

Jeffrey Barnes
143 Lake Ave Apt 2E
Yonkers, NY 10703-2758

**RE: Merrick Bank Account Number Ending in: 8008**

Dear Jeffrey Barnes:

This letter is in response to correspondence we received regarding the above referenced Merrick Bank account that has been placed with Carson Smithfield, LLC.

According to Merrick Bank records, the account was opened on May 10, 2018 and charged off on March 31, 2022. The last payment of $176.00 was received on August 17, 2021.

Terms and conditions can be requested at:
https://www.merrickbank.com/Legal/Agreements.

As part of this validation of debt, we also confirm and verify that all reporting to the credit reporting agencies related to this account is accurate, all billing was done in accordance with the cardholder agreement, and all payments were posted according to the terms of the agreement and effective as of the date and time of receipt.

We trust this information has been helpful and consider this matter resolved. If you have any questions, please call Carson Smithfield, LLC at 877-394-5975.

Sincerely,

Carson Smithfield, LLC
225 W. Station Square Dr.
4th Floor
Pittsburgh, PA 15219

Enclosures

# EXHIBIT Q

**Cease and Desist Letter – Carson Smithfield March 1, 2025**
Cease and desist letter sent by Plaintiff to Carson Smithfield, LLC concerning the Merrick Bank account. Although Carson Smithfield was not actively reporting the tradeline or pursuing active collection, Plaintiff invoked protections under the Fair Debt Collection Practices Act (FDCPA), including 15 U.S.C. § 1692c(c), and the New York statute of limitations, asserting that the debt was time-barred and no further contact or collection efforts should occur. This letter was issued as part of Plaintiff's broader dispute and documentation process regarding the Merrick Bank trade line.

Jeffrey Barnes

143 Lake Ave Apt 2 E

Yonkers NY 10703

03/01/2025


Carson Smithfield, LLC

225 W. Station Square Dr.

9th Floor

Pittsburgh, PA 15219


**Subject: Cease-and-Desist – Time-Barred Debt (Account Ending in 8008)**


To Whom It May Concern,


I am writing regarding the alleged debt related to Merrick Bank Account #8008, which has been placed with your agency.


Per your letter dated February 4, 2025, this account was charged off on March 31, 2022, and the last payment was made on August 17, 2021. Based on the New York statute of limitations (NY GOL § 2-725), the 3-year limit for debt collection expired on August 17, 2024.


Since the statute of limitations has expired, you are legally barred from suing or reporting this debt as active.


I demand the following actions immediately:

1. Cease all collection efforts, including phone calls, letters, or credit reporting.

2. Do not sell, transfer, or assign this debt to any other collection agency.

3. Provide written confirmation that you will not attempt further collection.


If you continue collection attempts after the SOL expiration, I will:

• File complaints with the CFPB, FTC, and NY Attorney General.

• Pursue legal action against Carson Smithfield for violating the FDCPA and FCRA.

This letter serves as formal notice under 15 U.S.C. § 1692c(c). You must comply within 15 days.

Sincerely,

Jeffrey Barnes

# EXHIBIT R

**Final Deletion Letter – Merrick Bank**
**March 1, 2025**
Final written dispute and deletion demand letter sent by Plaintiff to Merrick Bank. The letter reiterates that Merrick Bank no longer owns the account and is therefore not the lawful furnisher of the disputed tradeline. Plaintiff asserts that continued reporting after charge-off and sale to Carson Smithfield constitutes a violation of the Fair Credit Reporting Act (FCRA), specifically 15 U.S.C. § 1681s-2(a)(1)(B). This letter provided Merrick Bank with a final opportunity to delete the trade line prior to legal action. It forms part of the formal documentation of Plaintiff's good faith attempts to resolve the matter without litigation.

Jeffrey Barnes

143 Lake Ave Apt 2

Yonkers NY 10703

03/01/2025


Merrick Bank

P.O. Box 5721

Hicksville, NY 11802-5721


**Subject: Final Notice – FCRA Violation & Demand for Immediate Deletion of Charge-Off**


To Whom It May Concern,


I am formally disputing Account # [Your Account Number], which Merrick Bank charged off on March 31, 2022, and subsequently sold to Carson Smithfield, LLC.


FCRA Violation – Merrick Bank No Longer Owns the Debt


Under FCRA § 1681s-2(a)(1)(B), when a creditor sells a debt, they must update the balance to $0 and cannot continue reporting an outstanding charge-off. Since you sold this account, you have no legal right to continue reporting this debt.


Illegal Reporting & Damage to My Credit


Your continued reporting of this account as an active charge-off is:

 Misleading and damaging my credit score unfairly.

Preventing me from obtaining new credit due to the false balance.

A direct violation of the FCRA, which mandates that a sold debt must not be reported with a balance.


**Final Demand – Remove the Charge-Off Completely**

Since you no longer own the debt, I formally demand that you:

 Completely remove this charge-off from all credit bureaus (Experian, Equifax, and TransUnion).

Stop reporting any balance associated with this account.

Provide written confirmation that this charge-off has been removed within 15 days.

Failure to Comply Will Result in Legal Action

If you fail to remove this account from my credit report within 15 days, I will:

• File complaints with the CFPB, FTC, and New York Attorney General.

• Dispute this account with the credit bureaus, forcing them to verify or delete it.

• Pursue legal action against Merrick Bank for violating FCRA laws, seeking:

• $1,000 per violation in statutory damages under FCRA § 1681n.

• Full removal of this account via court order.

This is your final notice before I escalate the matter. I expect confirmation of deletion within 15 days.

Sincerely,

Jeffrey Barnes

# EXHIBIT S

**FTC Complaint Letter – Merrick Bank March 4, 2025**
Letter submitted by Plaintiff to the Federal Trade Commission (FTC) regarding Merrick Bank's continued reporting of an inaccurate trade line. Plaintiff notified the FTC that Merrick Bank no longer owned the debt yet continued to furnish account information to credit bureaus, in violation of the Fair Credit Reporting Act (FCRA). This complaint was filed after Merrick Bank failed to respond appropriately to prior dispute and deletion requests. The FTC complaint served as a formal escalation of the issue and is part of Plaintiff's documented attempts to resolve the matter through regulatory channels before initiating legal action.

Jeffrey Barnes

143 Lake Ave Apt 2E

Yonkers, NY 10703

03/04/2025


Federal Trade Commission (FTC)

Consumer Response Center

600 Pennsylvania Avenue NW

Washington, DC 20580


**Subject: Formal Complaint Against Merrick Bank – FCRA Violations & Request for Investigation**


To Whom It May Concern,


I am filing a formal complaint against Merrick Bank for multiple violations of the Fair Credit Reporting Act (FCRA), including illegal re-aging of my account and continued reporting of a sold debt.


**Key FCRA Violations**

1. Merrick Bank continues reporting a balance on a charged-off account they sold, violating FCRA § 1681s-2(a)(1)(B).

2. They illegally re-aged my account by updating the Last Reported Date to 02/06/2025, in violation of FCRA § 1681c(c).

3. They failed to validate the debt after my dispute, violating FCRA § 1681s-2(a).


**Requested Action**

• Immediate deletion of this account from all credit bureaus.

• FTC investigation into Merrick Bank's compliance with FCRA regulations.


Attached are supporting documents, including my dispute letters, certified mail receipts, and credit report evidence.

I request a response within 30 days on corrective actions taken against Merrick Bank.

Sincerely,

Jeffrey Barnes

# EXHIBIT T

**OCC Complaint Letter – Merrick Bank March 4, 2025**
Formal complaint submitted by Plaintiff to the Office of the Comptroller
of the Currency (OCC) regarding Merrick Bank's continued reporting
of a charged-off account despite having transferred or sold the debt.
Plaintiff asserted that Merrick Bank was no longer the lawful furnisher
of the trade line and that its actions violated the Fair Credit Reporting
Act (FCRA). The OCC complaint was submitted following repeated
dispute letters and further supports Plaintiff's efforts to exhaust
regulatory remedies prior to filing suit.

Jeffrey Barnes

143 Lake Ave Apt 2E

Yonkers, NY 10703

03/05/2025


Office of the Comptroller of the Currency (OCC)

Customer Assistance Group

P.O. Box 53570

Houston, TX 77052


**Subject: Formal Complaint Against Merrick Bank – FCRA Violations & Request for Deletion**


To Whom It May Concern,


I am filing a formal complaint against Merrick Bank for multiple violations of the Fair Credit Reporting Act (FCRA) regarding the reporting of a charged-off account that was sold to a third party but is still being reported with an outstanding balance.


**Violations Committed by Merrick Bank**

1. Merrick Bank sold the debt but continues reporting a balance – violating FCRA § 1681s-2(a)(1)(B).

2. Merrick Bank illegally re-aged the account, updating the Last Reported Date to 02/06/2025, extending negative reporting in violation of FCRA § 1681c(c).

3. Merrick Bank failed to validate the debt upon request, violating FCRA § 1681s-2(a).


**Requested Resolution**

• Immediate deletion of this charge-off from all credit bureaus.

• Ensure Merrick Bank updates their reporting practices to comply with FCRA regulations.

• Investigate Merrick Bank's unlawful re-aging and failure to properly update the charge-off status.

I have enclosed supporting documents, including copies of my dispute letters, certified mail receipts, and credit report evidence.

I request a formal response from your office within 15 days regarding corrective actions against Merrick Bank.

Sincerely,

Jeffrey Barnes

# EXHIBIT U

## TransUnion Dispute Letter – Merrick Bank Trade line March 4, 2025

Formal dispute letter sent by Plaintiff to TransUnion regarding inaccurate reporting of the Merrick Bank trade line. Plaintiff notified TransUnion that Merrick Bank no longer owned the account and requested a reinvestigation pursuant to FCRA § 1681i. The letter demanded deletion of the trade line due to Merrick Bank's ongoing furnishing of inaccurate data despite no longer servicing or owning the debt. This dispute represents Plaintiff's formal request to correct the credit report through the consumer reporting agency following multiple attempts to resolve the matter directly with the original furnisher.

Jeffrey Barnes

143 Lake Ave Apt 2E

Yonkers, NY 10703

03/04/2025


TransUnion Consumer Solutions

P.O. Box 2000

Chester, PA 19016


**Subject: Formal Dispute & Request for Deletion – Merrick Bank (Charge-Off)**


To Whom It May Concern,


I am formally disputing the Merrick Bank charge-off on my credit report due to multiple violations of the Fair Credit Reporting Act (FCRA), including failure to validate the debt, illegal re-aging, and continued reporting of a sold debt.


Details of the Disputed Account

• Creditor: Merrick Bank

• Account Number: 8008

**Reasons for Dispute & Request for Immediate Deletion**


Merrick Bank Sold the Debt but Still Reports a Balance – FCRA Violation (§ 1681s-2(a)(1)(B))

• Merrick Bank sold this account to Carson Smithfield, LLC, yet continues to report a charge-off with a balance, which is illegal under the FCRA.

• When a debt is sold, the original creditor must update the balance to $0, and it cannot continue to report the charge-off as an active debt.


Since Merrick Bank no longer owns the debt, they must delete this account from my credit report immediately.

• Charge-Off Date: 03/31/2022

• Reported Balance: $2,744.00

• Bureaus Reporting: Experian, TransUnion

Illegal Re-Aging of the Account – FCRA Violation (§ 1681c(c))

• Merrick Bank fraudulently updated the "Last Reported" date to 02/06/2025, despite no activity on this account since 2021.

• The Date Last Active (DLA) was falsely updated to 02/01/2022, even though my last payment was on 08/17/2021.

• This is an intentional attempt to extend negative reporting beyond the legally allowed time frame, violating FCRA guidelines.

Accounts cannot be re-aged to remain on a consumer's credit report longer than legally allowed. This account must be deleted immediately.

**Failure to Validate Debt Upon Dispute – FCRA Violation (§ 1681s-2(a))**

• I sent Merrick Bank a formal debt validation request via certified mail, requesting:

A full payment history

The original credit agreement

Confirmation of whether the debt was forgiven or sold

A copy of IRS Form 1099-C (if any portion of the debt was canceled)

• Merrick Bank failed to provide the requested validation, meaning they cannot continue reporting this charge-off.

Since Merrick Bank did not validate the debt properly, this account must be removed from my credit report immediately.

**Requested Resolution – Immediate Deletion**

Merrick Bank must delete this charge-off from my credit reports.

TransUnion and Experian must remove this account due to unverifiable reporting.

Written confirmation of deletion must be provided within 30 days.

Enclosed are supporting documents, including:

• Copies of my debt validation request sent to Merrick Bank

• Certified mail receipts proving they received my request

• Credit report screenshots highlighting illegal re-aging and incorrect balance reporting

If this account is not removed, I will escalate my complaint to federal regulators, including the CFPB, FTC, and OCC, and consider legal action for FCRA violations.

Sincerely,

Jeffrey Barnes

# EXHIBIT V

**Experian Dispute Letter – Merrick Bank Trade line March 4, 2025**
Formal dispute letter sent by Plaintiff to Experian regarding inaccurate reporting of the Merrick Bank trade line. Plaintiff advised Experian that the account had been charged off and transferred by Merrick Bank, which no longer owned the debt. The letter requested a reinvestigation under the Fair Credit Reporting Act (FCRA), specifically 15 U.S.C. § 1681i, and demanded deletion of the trade line. This letter is part of Plaintiff's documented efforts to correct the erroneous credit reporting through proper consumer protection channels before seeking judicial relief.

Jeffrey Barnes

143 Lake Ave Apt 2E

Yonkers, NY 10703

03/04/2025


Experian Dispute Center

P.O. Box 4500

Allen, TX 75013


**Subject: Formal Dispute & Request for Deletion – Merrick Bank (Charge-Off)**


To Whom It May Concern,


I am formally disputing the Merrick Bank charge-off on my credit report due to multiple violations of the Fair Credit Reporting Act (FCRA), including failure to validate the debt, illegal re-aging, and continued reporting of a sold debt.


Details of the Disputed Account

• Creditor: Merrick Bank

• Account Number: 8008

**Reasons for Dispute & Request for Immediate Deletion**


Merrick Bank Sold the Debt but Still Reports a Balance – FCRA Violation (§ 1681s-2(a)(1)(B))

• Merrick Bank sold this account to Carson Smithfield, LLC, yet continues to report a charge-off with a balance, which is illegal under the FCRA.

• When a debt is sold, the original creditor must update the balance to $0, and it cannot continue to report the charge-off as an active debt.


Since Merrick Bank no longer owns the debt, they must delete this account from my credit report immediately.

• Charge-Off Date: 03/31/2022

• Reported Balance: $2,744.00

• Bureaus Reporting: Experian, TransUnion

Illegal Re-Aging of the Account -- FCRA Violation (§ 1681c(c))

• Merrick Bank fraudulently updated the "Last Reported" date to 02/06/2025, despite no activity on this account since 2021.

• The Date Last Active (DLA) was falsely updated to 02/01/2022, even though my last payment was on 08/17/2021.

• This is an intentional attempt to extend negative reporting beyond the legally allowed time frame, violating FCRA guidelines.

Accounts cannot be re-aged to remain on a consumer's credit report longer than legally allowed. This account must be deleted immediately.

## Failure to Validate Debt Upon Dispute – FCRA Violation (§ 1681s-2(a))

• I sent Merrick Bank a formal debt validation request via certified mail, requesting:

A full payment history

The original credit agreement

Confirmation of whether the debt was forgiven or sold

A copy of IRS Form 1099-C (if any portion of the debt was canceled)

• Merrick Bank failed to provide the requested validation, meaning they cannot continue reporting this charge-off.

Since Merrick Bank did not validate the debt properly, this account must be removed from my credit report immediately.

## Requested Resolution – Immediate Deletion

Merrick Bank must delete this charge-off from my credit reports.

TransUnion and Experian must remove this account due to unverifiable reporting.

Written confirmation of deletion must be provided within 30 days.

Enclosed are supporting documents, including:

• Copies of my debt validation request sent to Merrick Bank

• Certified mail receipts proving they received my request

• Credit report screenshots highlighting illegal re-aging and incorrect balance reporting

If this account is not removed, I will escalate my complaint to federal regulators, including the CFPB, FTC, and OCC, and consider legal action for FCRA violations.

Sincerely,

Jeffrey Barnes

# EXHIBIT W

**Certified Mailing Receipt – Merrick Bank Final Deletion Letter March 1, 2025**
USPS certified mail receipt confirming delivery of Plaintiff's final deletion demand letter to Merrick Bank. This receipt verifies that Merrick Bank received the Plaintiff's March 1, 2025 communication, which requested permanent deletion of the account from Plaintiff's credit report due to Merrick Bank no longer owning the debt. This receipt supports the timeline of formal disputes submitted prior to litigation.

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Draper, UT 84020

| Certified Mail Fee | | |
|---|---|---|
| $ $4.85 | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | | |
| $ | | $0.73 |
| Total Postage and Fees | | |
| $ $5.58 | | |

Postmark
Here
MAR - 1 2025

0148
15

03/01/2025

Sent To MERRICK BANK
Street and Apt. No., or PO Box No. PO BOX 5000
City, State, ZIP+4® DRAPER UT 84020-5000

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instruction

# EXHIBIT X

**Certified Mailing Receipt – FTC Complaint Letter March 4, 2025**
USPS certified mail receipt confirming mailing of Plaintiff's complaint
letter to the Federal Trade Commission (FTC) regarding Merrick
Bank's continued furnishing of inaccurate credit reporting data. This
receipt verifies formal notice was submitted to the FTC in connection
with Plaintiff's broader dispute and documentation efforts prior to
litigation. It supports the timeline of regulatory outreach following
Merrick Bank's failure to address Plaintiff's final deletion demand.

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20580

| Certified Mail Fee | | |
| --- | --- | --- |
| $ | $4.85 | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | $1.01 | |
| Total Postage and Fees | | |
| $ | $5.86 | |

0148
15

Postmark
Here

MAR - 4 2025
03/04/2025

Sent To Federal Trade Commission FTC

Street and Apt. No., or PO Box No. 600 Pennsylvania Avenue

City, State, ZIP+4® Washington, DC 20580

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# EXHIBIT Y

**Certified Mailing Receipt – OCC Complaint Letter March 4, 2025**
USPS certified mail receipt confirming mailing of Plaintiff's complaint letter to the Office of the Comptroller of the Currency (OCC). This letter was submitted regarding Merrick Bank's continued furnishing of a charged-off trade line after ownership had been transferred. The receipt supports Plaintiff's timeline of formal regulatory action taken following Merrick Bank's failure to respond appropriately to earlier disputes.

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston, TX 77052

| Certified Mail Fee | $4.85 | |
| --- | --- | --- |
| $ | | 0148 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 15 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | MAR -4 2025 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.01 | |
| $ | | 03/04/2025 |
| Total Postage and Fees | $5.86 | |
| $ | | |

Sent To *Office of the Comptroller of the Curren...*

Street and Apt. No., or PO Box No. *PO BOX 55570*

City, State, ZIP+4® *Houston TX 77052*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# EXHIBIT Z

**Certified Mailing Receipt TransUnion Dispute Letter**
**March 4, 2025**
USPS certified mail receipt confirming Plaintiff's dispute letter was
sent to TransUnion regarding the inaccurate Merrick Bank trade line.
This mailing supports Plaintiff's reinvestigation request under the Fair
Credit Reporting Act (FCRA), section 1681i. The receipt establishes
the date TransUnion was formally notified about the disputed account
and requested to take corrective action prior to litigation.

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chester, PA 19016

| Certified Mail Fee | | |
|---|---|---|
| $ $4.85 | $0.00 | 0148 |
| | | 15 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

MAR ~ 4 2025
03/04/2025

Postage
$1.01

Total Postage and Fees
$ $5.86

Sent To
*TransUnion Consumer Dispute Center*

Street and Apt. No., or PO Box No.
*PO Box 2000*

City, State, ZIP+4®
*Chester, PA 19016-2000*

PS Form 3800, January 2023 PSN 7530-02-000-9047          See Reverse for Instructions

# EXHIBIT AA

**Certified Mailing Receipt – Experian Dispute Letter March 4, 2025**
USPS certified mail receipt confirming Plaintiff's dispute letter was
sent to Experian regarding the Merrick Bank trade line. This letter
formally requested a reinvestigation under the Fair Credit Reporting
Act (FCRA), section 1681i, due to Merrick Bank's continued furnishing
of inaccurate and outdated account information. This receipt supports
the timeline of Plaintiff's formal attempts to correct the record through
the credit bureaus.

**USPS Postal Service**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Allen, TX 75013

| Certified Mail Fee | $4.85 | | |
|---|---|---|---|
| $ | | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $1.01 | | |
| $ | | | |
| Total Postage and Fees | | | |
| $ | $5.86 | | |

0148
15

Postmark
Here

MAR - 4 2025

03/04/2025

Sent To  *Experian Dispute Center*

Street and Apt. No., or PO Box No.  *PO Box 4500*

City, State, ZIP+4®  *Allen TX 75013*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# EXHIBIT AB

**Merrick Bank, OCC, and FDIC Responses – Regulatory Complaint Sequence March–April 2025**

This exhibit contains the formal response from Merrick Bank, the Office of the Comptroller of the Currency (OCC), and the Federal Deposit Insurance Corporation (FDIC) regarding Plaintiff's complaint filed on March 4, 2025. The OCC acknowledged receipt on March 12, 2025 and referred the matter to the FDIC. On March 13, 2025, the FDIC confirmed receipt and initiated a formal review. Merrick Bank's response, dated April 2, 2025, reaffirmed their reporting of the disputed trade line despite having no further payment activity since 2021 and ownership of the account being questioned. The FDIC formally closed the complaint on April 3, 2025. These documents reflect Plaintiff's good faith effort to resolve the matter through proper regulatory channels prior to filing suit.

 **Office of the Comptroller of the Currency**

March 12, 2025

Jeffrey T. Barnes
143 Lake Ave Apt # 2E
YONKERS, NY  10703

Re:  Case # CS0369846

Dear Jeffrey T. Barnes:

This letter acknowledges receipt of your complaint in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC). As your complaint is against an entity that does not fall under the jurisdiction of our office, we are referring your letter to the appropriate supervisory agencies, which are the Federal Deposit Insurance Corporation (FDIC) and State of Utah Department of Financial Institutions.

The FDIC's contact information is:

> Federal Deposit Insurance Corporation
> National Center for Consumer and Depositor Assistance (NCDA)
> 1100 Walnut Street, Box #11
> Kansas City, MO 64106
> (877) 275-3342
> www.fdic.gov

The State of Utah Department of Financial Institutions' contact information is:

> Utah Department of Financial Institutions
> 324 South State Street Suite 201
> P.O. Box 146800
> Salt Lake City, UT 84114-6800
> (801) 538-8830
> http://www.dfi.utah.gov

Please direct all future correspondence regarding these concerns to the above-noted offices.

Sincerely,

Customer Assistance Group, P. O. Box 53570, Houston, TX 77052, Phone: (800) 613-6743, FAX: (713) 336-4301, www.HelpWithMyBank.gov
The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks and federal savings associations. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with the resolution of your complaint, you may wish to obtain legal assistance to preserve your rights.



|  | **National Center for Consumer & Depositor Assistance** |
|---|---|
| Division of | 1100 Walnut Street, Box #11 |
| Depositor and | Kansas City, Missouri 64106 |
| Consumer Protection | Toll Free: (877) 275-3342; Option 2 |

March 13, 2025

Jeffrey Harris Barnes
143 Lake Avenue, Unit 2E
Yonkers, NY 10703

Re: Your Submission to the FDIC – Reference Number: 01859483

Dear Jeffrey Harris Barnes:

The FDIC's Consumer Response Unit has received your correspondence, and we are reviewing your concerns to determine the best approach to assist you. The information below will help explain how the FDIC plans to address your correspondence.

### What happens now?

We will review your correspondence to determine whether the FDIC is the appropriate federal regulatory agency to respond to your inquiry or concerns. If you are writing about a bank that we regulate, we may contact the bank on your behalf.

In an effort to ensure the most complete response, we may ask the bank to respond directly to you and provide a copy to the FDIC. The FDIC may conduct an independent investigation into the matter, including a review of supporting documentation provided by you and the bank. In this situation, you may expect to receive a response from the FDIC within 60 calendar days. We will attempt to notify you if we anticipate a longer review.

If the FDIC does not need to contact an FDIC-supervised bank for information to respond to your question or concern, you may expect to receive a response from the FDIC within 14 calendar days.

If we determine your concerns fall outside of the purview of the FDIC, we will forward your correspondence to the appropriate federal regulatory agency. In this situation, we will notify you within 14 calendar days that your concerns have been referred to another agency. If you also contacted a state regulatory banking department regarding this matter and the FDIC is later contacted by the state department to share this information, the FDIC may consider this request.

### How to send in additional documents and receive responses from the FDIC:

The FDIC Information and Support Center allows the public to check on the status of a complaint or inquiry and securely exchange documents with the FDIC by creating a user account. Once you have created an account, log in to the public portal and navigate to your Case(s). Click on the case number to access a particular case and then click on the Files tab to download response

**Merrick Bank**

PO Box 9201
Old Bethpage, NY 11804

April 2, 2025

JEFFREY BARNES
143 LAKE AVE APT 2E
YONKERS, NY 107032758

RE: Account ending in 8005

Dear Jeffrey Barnes,

We are responding to your complaint to the Federal Deposit Insurance Corporation (FDIC) dated March 5, 2025, which was received on March 14, 2025, regarding the above referenced account. A copy of this response has been provided to the FDIC.

Our records indicate that the account was opened on May 10, 2018, with an electronic application and subsequently used for purchases. The last payment of $176.00 was received on August 17, 2021. Due to non-payment, the account charged off on March 31, 2022, with a $2,744.04 balance. Enclosed please find account validation documents for your review.

Please be advised that charged off accounts do not denote a forgiveness of debt. Additionally, as the account has not been settled, and the balance remains owed, your account does not qualify for a 1099-C form.

After charge-off, the account was placed with a third-party collection agency for servicing. However, Merrick Bank remains the owner of your account. As no further payments have been received, the balance remains the same.

Per your enclosed cardholder agreement, the bank is authorized to furnish information regarding your account to credit bureaus. In using the account for purchases, you agreed to abide by these terms. Please be advised that the status of the account will continue to be reported on a monthly basis as required.

We received your Automated Consumer Dispute Verification (ACDVs) forms filed through the consumer reporting agencies claiming identity theft and disputing the reporting of the account. In each instance, the account was reviewed. Based on the results of our investigation, the identity theft claims were denied as the account information matches your personal details, which includes your name, date of birth, social security number, address on file (address on the application), email address, and phone number. As such, responses were provided directly to the agencies confirming that the account is reported accurately.

We received your previous direct correspondence [illegible] ... Please be advised that we have [illegible]



**Division of
Depositor and
Consumer Protection**

National Center for Consumer & Depositor Assistance
1100 Walnut Street, Box #11
Kansas City, Missouri 64106
Toll Free: (877) 275-3342; Option 2

April 3, 2025
Ref. No. 01859483

Jeffrey Harris Barnes
143 Lake Avenue, Unit 2E
Yonkers, NY 10703

Re: Merrick Bank

Dear Jeffrey Harris Barnes:

Thank you for your correspondence. We have completed our review of your concerns involving Merrick Bank (Bank).

We reviewed your correspondence, the Bank's response, and the applicable federal consumer protection laws enforced by the FDIC. The FDIC is the primary federal banking regulator for this bank.

At the FDIC's request, the Bank provided a response directly to you. A copy of that response was also sent to the FDIC.

Please know reviews of correspondence such as yours are a vital component of the FDIC's bank supervisory process. We seek to assist you by facilitating communication with the Bank and sharing correspondence with FDIC examination staff for review prior to our next regularly scheduled examination of the Bank. This helps the FDIC tailor its examinations to focus on areas of concern, as well as assists us in providing feedback to banks on practices and policies.

In order to protect potentially sensitive consumer, account, and examination-related information, we do not share specific details of our review. Complaint investigations are generally covered under Part 309 (Disclosure of Information) of the FDIC Rules and Regulations, which prohibits the disclosure of examination-related information outside the FDIC, including bank-provided supporting documents.

You can learn more about our complaint process, review frequently asked questions, and contact the FDIC by visiting the FDIC's Consumer Complaint Process webpage at www.fdic.gov/consumer-resource-center/consumer-complaint-process. You can also review the FDIC's Consumer News for additional information and resources about common banking questions and topics at www.fdic.gov/resources/consumers/consumer-news.

Thank you for taking the time to share your concerns with the FDIC. Your case is now closed. If you are a registered user of the FDIC's Information and Support Center portal, a copy of this response has also been made available to you through your portal account.



**Merrick Bank**®
P.O. Box 9201
Old Bethpage, NY 11804

Jeffrey Barnes
143 Lake Ave
Apt 2
Yonkers, NY, 10703

04/08/2025

RE: Account Number Ending with 8008

Dear Jeffrey Barnes:

We have received your correspondence about the above referenced account's status that is reflected in your credit profile at the three major Consumer Reporting Agencies (CRAs) to whom Merrick Bank reports listed below.

Please be advised that we have completed an investigation of the item in question and have determined that the account information is being reported accurately to each CRA. Therefore, no changes are required to your account status.

If you would like to add an explanation surrounding the circumstances related to the matter, you can contact each of the CRAs at the telephone number below and ask them to add a Consumer Statement to your credit file.

| Experian: | (888) 397-3742 |
| Equifax: | (800) 685-1111 |
| Trans Union: | (800) 888-4213 |

If you have any further questions concerning this matter, please contact us at the phone number or address below. Thank you.

Sincerely,

Merrick Bank
Credit Department

P.O. Box 9201 Old Bethpage, New York 11804 Telephone: (801) 545-6706 Fax: (801) 545-6125        DD-101

# EXHIBIT AC

**Credit Report Evidence – Merrick Bank Trade line (Post-Dispute) March–May 2025**

Credit reports from TransUnion, Experian, and IdentityIQ showing continued reporting of the Merrick Bank trade line following multiple certified disputes and regulatory complaints. These records confirm that despite formal notice and transfer of the account to a third party, Merrick Bank continued to furnish the trade line to consumer reporting agencies with an inaccurate charge-off balance. This exhibit supports Plaintiff's claim of ongoing damages and willful noncompliance with the Fair Credit Reporting Act (FCRA).

4/2/25, 8:55 PM

Credit Reports Overview | CheckFreeScore.com

Credit Reports & Scores     Credit Reports

## 📊 Credit Reports

Your credit report serves as an essential tool for safeguarding and managing your identity with confidence. Rest assured, reviewing your report will not negatively impact your credit score or standing.

### Credit report
Your credit is in fair shape

| TransUnion | Equifax | Experian |

Report date: Apr 2, 2025

**623**
Your credit rating
**FAIR**

300 — 850
VantageScore® 3.0 based on TransUnion data as of 4/2/2025 ⓘ

650
640
630
620
610
600

### Personal info

| Reported names | | Addresses | | Date reported |
|---|---|---|---|---|
| Jeffrey Terell Barnes | | 📍 143 Lake Av Apt 2e, Yonkers, NY, 10703 | | Aug 9, 2016 |
| Barnes Jeffrey Harris | | | | |
| Jeffery Barnes | | 📍 265 Cambridge Av Apt 60831, Palo Alto, CA, 94306 | | Jul 26, 2023 |
| Harris Barnes | | | | |
| DOB | 1990-01-08 | | | |
| SSN | XXXXXXXXX | | | |

Employment info

### Account summary

| Balances | Payments | | Open accounts | Closed accounts |
|---|---|---|---|---|
| $30,332 | $120 | | 3 | 9 |

| Total accounts | 12 | Collections | 1 |
|---|---|---|---|
| Open accounts | 3 | Balances | $30,332 |
| Closed accounts | 9 | Payments | $120 |
| Delinquent | 0 | Public records | 0 |
| Derogatory | 5 | Inquiries (2 years) | 1 |

Hide All Summary ⊙

### Accounts

We gathered all of the accounts listed on your TransUnion report for you (this info may differ from the other credit bureaus). Select an account for more details.

| 💳 5 | 🏠 0 | 🚗 2 | 🎓 0 | 🗂 4 |
|---|---|---|---|---|
| Credit cards | Real estate | Auto loans | Student loans | Other |

#### Credit cards

**MERRICK BK**
Reported: Mar 20, 2025

$2,744.00
Closed ⊖

| Overview | Account details | |
|---|---|---|
| | Account Number | 412061803286XXXX |

4/2/25, 8:55 PM                        Credit Reports Overview | CheckFreeScore.com

You're currently using 125% of your account's limit.

| | |
|---|---|
| Account Status | Charge Off |
| Open Date | May 10, 2018 |
| Last Activity | Aug 17, 2021 |

Balance: $2,744.00              Credit limit: $2,200.00

| | |
|---|---|
| Type | Credit Card |
| Responsibility | Individual |

**Payment history**
No history is available.

| | |
|---|---|
| Remarks | Account Information Disputed By Consumer |
| Times 30/60/90 Days Late | 0/0/0 |
| Months Reviewed | 0 |
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $2,744.00 |
| Term Source Type | |
| High Balance | $2,744.00 |
| High Credit | $2,200.00 |

**Creditor Information**
MERRICK BK
PO BOX 9201
OLD BETHPAGE, NY 11804
(800) 204-5936

Account ID: 1bdbc4bc4ca5f2be4f3b0be2e2d290

---

**BETHPAGE FCU**                                                          $10,835.00
Reported: May 1, 2024                                                     Closed

**Overview**
You're currently using 108% of your account's limit.

**Account details**

| | |
|---|---|
| Account Number | 531980100086XXXX |

Balance: $10,835.00              Credit limit: $10,000.00

| | |
|---|---|
| Account Status | Charge Off |
| Open Date | Sep 27, 2019 |
| Last Activity | Aug 18, 2021 |

**Payment history**
No history is available.

| | |
|---|---|
| Type | Credit Card |
| Responsibility | Individual |
| Monthly Payment Amount | $0.00 |
| Remarks | Profit And Loss Writeoff |
| Current Payment Status | Collection/Charge-off |
| Times 30/60/90 Days Late | 0/0/0 |
| Amount Past Due | $10,835.00 |
| Months Reviewed | 0 |
| Term Source Type | |
| High Balance | $10,835.00 |
| High Credit | $10,000.00 |

**Creditor Information**
BETHPAGE FCU
899 S OYSTER BAY
BETHPAGE, NY 11714

Account ID: cb59c59f246e4f00e5557b1e20fe9781

---

**JPMCB CARD**                                                            $0.00
Reported: Dec 27, 2023                                                    Closed

**Overview**
You're currently using 0% of your account's limit.

**Account details**

| | |
|---|---|
| Account Number | 426684160738XXXX |

Balance: $0.00              Credit limit: $3,500.00

| | |
|---|---|
| Account Status | Closed |
| Open Date | May 8, 2013 |
| Last Activity | May 31, 2023 |

**Payment history**
You've made 100% of payments for this account on time.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023 | Jan | Feb | Mar | Apr | May | Jun |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | | |
| 2022 | Jan | Feb | Mar | Apr | May | Jun |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | Jan | Feb | Mar | Apr | May | Jun |
| | | | | | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Paid on time
30  30 days past due
60  60 days past due
90  90 days past due

| | |
|---|---|
| Type | Credit Card |
| Responsibility | Terminated |
| Remarks | |
| Times 30/60/90 Days Late | 0/0/0 |
| Months Reviewed | 29 |
| Term Source Type | |
| High Balance | $3,533.00 |
| High Credit | $3,500.00 |

**Creditor Information**
JPMCB CARD
PO BOX 15369
WILMINGTON, DE 19850



**Prepared For**

# JEFFREY T. HARRIS-BARNES

Personal & confidential

**Date generated:** Apr 4, 2025

## At a glance

### FICO® Score 8

**579**  **FICO**'SCORE 8
Experian data Apr 4, 2025



300 ————————————————————— 850

▼
Poor

### Account summary

| | |
|---|---|
| Open accounts | 5 |
| Self-reported accounts | 0 |
| Accounts ever late | 4 |
| Closed accounts | 0 |
| Collections | 1 |
| Average account age | 6 yrs |
| Oldest account | 11 yrs 11 mos |

### Overall credit usage



**5 %**

Credit used: **$60**
Credit limit: **$1,250**

### Debt summary

| | |
|---|---|
| Credit card and credit line debt | $60 |
| Self-reported account balance | $0 |
| Loan debt | $5,609 |
| Collections debt | $1,388 |
| Total debt | $7,057 |

 **experian.**

Prepared For **JEFFREY T. HARRIS-BARNES**    Date generated: Apr 4, 2025

**MERRICK BANK CORP**                                                                    **$2,744**

**42** potentially negative months                                                        Closed

### 🗋 Account info

| | | | |
|---|---|---|---|
| Account name | **MERRICK BANK CORP** | Balance | **$2,744** |
| Account number | **412061XXXXXXXXXX** | Balance updated | **Apr 03, 2025** |
| Original creditor | - | Credit limit | **$2,200** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Aug 17, 2021** |
| Date opened | **May 10, 2018** | Past due amount | **$2,744** |
| Open/closed | **Closed** | Highest balance | **$2,744** |
| Status | **Account charged off. $2,744 written off. $2,744 past due as of Apr 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Mar 2022** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | - | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          CO Charge off          30 Past due 30 days

60 Past due 60 days          90 Past due 90 days          120 Past due 120 days

150 Past due 150 days          - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 9201 OLD BETHPAGE, NY 11804** |
| Phone number | **By mail only** |

### 🗋 Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

# Credit Report

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

Show Less

---

Purchase Report

Report History:

05/07/2025 - 3B ⌄

Print this page          Download this report

## Three Bureau Credit Report

**Reference #:**  M63342527
**Report Date:**  05/07/2025

**Quick Links:** Credit Score / Summary / Account History / Inquiries / Creditor Contacts

## Personal Information

ⓘ   Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Credit Report Date: | 05/07/2025 | 05/07/2025 | 05/07/2025 |
| Name: | JEFFREY TERELL BARNES | JEFFREY BARNES | JEFFREY BARNES |
| Also Known As: | HARRIS,BARNES,JEFFREY | JEFFREY T HARRIS-BARNES | - |

| Comments: | Charged off as bad debt Profit and loss write-off | Unpaid balance reported as a loss by the credit grantor. **CONSUMER STATEMENT** Y ITEM DISPUTED BY CONSUMER |
|---|---|---|
| Date Last Active: | 02/28/2022 | 02/01/2022 |
| Date of Last Payment: | 02/24/2022 | 02/24/2022 |

## Two-Year payment history

Legend

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

MERRICK BK

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 412061803286**** | 412061803286**** | |
| Account Type: | Revolving | Revolving | |
| Account Type - Detail: | Credit Card | Credit Card | |
| Bureau Code: | Individual | Individual | |
| Account Status: | Derogatory | Derogatory | |
| Monthly Payment: | $0.00 | $0.00 | |
| Date Opened: | 05/10/2018 | 05/01/2018 | |
| Balance: | $2,744.00 | $2,744.00 | |
| No. of Months (terms): | 0 | 0 | |
| High Credit: | $2,744.00 | $0.00 | |
| Credit Limit: | $2,200.00 | $2,200.00 | |
| Past Due: | $2,744.00 | $2,744.00 | |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | |
| Last Reported: | 04/09/2025 | 05/01/2025 | |
| Comments: | Charged off as bad debt Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Unpaid balance reported as a loss by the credit grantor. **CONSUMER STATEMENT** ITEM IN DISPUTE BY CONSUMER | |
| Date Last Active: | 02/01/2022 | 03/01/2022 | |
| Date of Last Payment: | 08/17/2021 | 08/17/2021 | |

## Two-Year payment history

Legend

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |

5/9/25, 12:52 PM
Experian

 

**Prepared For**

# JEFFREY T. HARRIS-BARNES

Personal & confidential

**Date generated:** May 9, 2025

## At a glance



**FICO® Score 8**

**584** FICO®SCORE 8
Experian data May 9, 2025

300 ——————————————————————————— 850
Fair

### Account summary

| | |
|---|---|
| Open accounts | **6** |
| Self-reported accounts | **0** |
| Accounts ever late | **4** |
| Closed accounts | **0** |
| Collections | **1** |
| Average account age | **5 yrs 5 mos** |
| Oldest account | **12 yrs** |

### Overall credit usage



**5 %**

Credit used: **$60**

Credit limit: **$1,250**

### Debt summary

| | |
|---|---|
| Credit card and credit line debt | **$60** |
| Self-reported account balance | **$0** |
| Loan debt | **$6,179** |
| Collections debt | **$1,387** |
| Total debt | **$7,626** |

 **experian.**

**MERRICK BANK CORP**                                                             $2,744

**43 potentially negative months**                                                 Closed

---

### Account info

| | | | |
|---|---|---|---|
| Account name | **MERRICK BANK CORP** | Balance | **$2,744** |
| Account number | **412061XXXXXXXXXX** | Balance updated | **May 08, 2025** |
| Original creditor | - | Credit limit | **$2,200** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Aug 17, 2021** |
| Date opened | **May 10, 2018** | Past due amount | **$2,744** |
| Open/closed | **Closed** | Highest balance | **$2,744** |
| Status | **Account charged off. $2,744 written off. $2,744 past due as of May 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| Status updated | **Mar 2022** | Your statement | **\*\*CONSUMER STATEMENT\*\* ITEM IN DISPUTE BY CONSUMER** |

---

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met       CO  Charge off          30 Past due 30 days

60 Past due 60 days          90 Past due 90 days      120 Past due 120 days

150 Past due 150 days        - Data Unavailable

---

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 9201 OLD BETHPAGE, NY 11804** |
| Phone number | **By mail only** |

---

### 📄 Comments

**Account previously in dispute - investigation complete, reported by data furnisher**



**UNITED STATES POSTAL SERVICE.**

GRAND CENTRAL
450 LEXINGTON AVE FL 2
NEW YORK, NY 10017-9998
www.usps.com

06/23/2025                              02:40 PM

TRACKING NUMBERS
9589 0710 5270 3304 5534 84

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.10 |
| Flat Rate Env | | | |
| Albany, NY 12207 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 06/25/2025 | | | $0.00 |
| Insurance | | | |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 9589 0710 5270 3304 5534 84 | | | $14.95 |
| Total | | | |
| | | | $14.95 |
| Grand Total | | | |

---

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To MERRICK BANK CORPORATION
Street and Apt. No., or PO Box No. C/O STATE STREET
City, State, ZIP+4® ALBANY NY 12207

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3304 5534 84

Grand Total:                                      $14.95
--------------------------------------------
Debit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXXX0052
    Approval #: 124601
    Transaction #: 515
    Receipt #: 042151
    Debit Card Purchase: $14.95      Chip
    AID: A0000000980840
    A_: US DEBIT
    PIN: Verified
--------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm
If unable to file online, call
1-800-332-0317 for a paper form

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

--------------------------------------------

UFN: 359610-0010
Receipt #: 840-51000028-1-10397709-2
Clerk: 07